[No. 3347–2. Division Two. March 8, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD COVALL,. *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–103, John H. Kirkwood, J., entered February 10, 1978. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Reed, J.

[No. 4138–1. Division One. March 12, 1979.]

GROSS SEATTLE, INC., *Respondent*, v. BERYL KAHLER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 798463, Ted Kolbaba, J., entered August 22, 1975. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Swanson, JJ.

[No. 5956–1. Division One. March 12, 1979.]

*In the Matter of the Marriage of* ELEANOR B. KERRICK, *Appellant, and* DAVID E. KERRICK, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. D–86808, James J. Dore, J., entered August 24 and September 8, 1977. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Williams, JJ.

[No. 5989–1. Division One. March 12, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81852, T. Patrick Corbett, J., entered October 6, 1977. *Reversed* by unpublished opinion per Ringold, J., concurred in by Swanson and Williams, JJ.